# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| KAROME DYNELL LEWIS, | Case No. 5:18-01623 -ODW (ADS) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING |
| DEBBIE ASUNCION, Warden, | REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Motion to Dismiss, all pleadings, records, and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge, dated June 25, 2019. [Dkt. No. 15]. No objections to the Report and Recommendation were filed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt.

No. 15], is accepted;

2. The Motion to Dismiss, [Dkt. No. 9], is granted;

3. The case is dismissed with prejudice; and

4. Judgment is to be entered accordingly.

DATED: August 14, 2019

*[signature]*
_____
HONORABLE OTIS D. WRIGHT, II
United States District Judge