JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| KAROME DYNELL LEWIS, | Case No. 5:18-01623- ODW (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| DEBBIE ASUNCION, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: August 14, 2019

_____
HONORABLE OTIS D. WRIGHT, II
United States District Judge